UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:08-cv-21159-PCH
(Ancillary Proceeding to case No. 06-20975-Civ-Huck/Simonton)

MICHAEL I. GOLDBERG, as Receiver
for Worldwide Entertainment, Inc.,
The Entertainment Group Fund, Inc.,
American Enterprises, Inc., and
Entertainment Funds, Inc.,

    Plaintiff,

v.

EUGENE PORTER,

    Defendant.
_____/

**CLOSED CIVIL CASE**

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the Receiver's Notice of Voluntary Dismissal with Prejudice (the "Notice")(D.E. 4). The Court having reviewed the Notice, considered the record and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this action be **DISMISSED WITH PREJUDICE**. The parties shall bear their own respective attorneys' fees and costs in this action. All pending motions, if any, are **DENIED AS MOOT**. This case is **CLOSED**.

DONE AND ORDERED in Chambers on this 7th day of Aug, 2008.

PAUL C. HUCK
U.S. DISTRICT COURT JUDGE,
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to: All Counsel of Record

{FT505185;1}